

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00416-CV

| | | |
|---|---|---|
| JON ERIK ROCHA, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Parker County (CIV-20-0395) |
| V. | § | June 16, 2022 |
| NASA FEDERAL CREDIT UNION, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Jon Erik Rocha shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
          Justice Mike Wallach